UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| ERICA FREEMAN,<br>          Plaintiff | CIVIL ACTION NO.: 2:22-cv-04732 |
| VERSUS | JUDGE: JAMES D. CAIN, JR. |
| REPUBLIC FIRE AND CASUALTY<br>INSURANCE COMPANY<br>          Defendant | MAGISTRATE JUDGE:<br>KATHLEEN KAY |

### EX PARTE MOTION BY REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY TO DEPOSIT FUNDS INTO REGISTRY OF THE COURT

**NOW INTO COURT,** through undersigned counsel, comes Republic Fire and Casualty Insurance Company, which moves to obtain an order to deposit funds into the Court's registry. Republic previously filed a motion to lift the stay that had been in place for the purpose of depositing funds stemming from an Appraisal Award. The Court did not rule on that motion and now has denied the motion as moot because the stay has been lifted. However, the funds still have not been deposited into the Court's registry.

The Court now has terminated plaintiff's prior counsel of record, attorneys associated with McClenny Mosely & Associates ("MMA"). New counsel has not enrolled at this time, and the Court has set a status conference for October 4, 2023. (R. Doc. 19). In conjunction with the filing of the instant suit, MMA also invoked the appraisal provision contained in the policy issued by Republic to plaintiff. That appraisal proceeded and now has resulted in an award for which payment must be made. Republic previously filed a Motion to Lift Stay and Deposit Funds Into Registry of the Court (R. Doc. 13); however, Republic has not yet received an order allowing the funds to be deposited. Now that the stay has been lifted, Republic again requests that it be allowed

to deposit the funds into the Court's registry. Accordingly, Republic requests that this Honorable Court issue an Order that the appraisal award funds in the amount of $9,936.71 be deposited into the Court's registry.

**WHEREFORE,** for the foregoing reasons, Republic Fire and Casualty Insurance Company requests that the Court issue an Order that the appraisal award funds in the amount of $9,936.71 be deposited into the Court's registry.

    Respectfully submitted,

    **LARZELERE PICOU WELLS**
       **SIMPSON LONERO, LLC**
    Suite 500 - Two Lakeway Center
    3850 N. Causeway Boulevard
    Metairie, LA 70002
    Telephone: (504) 834-6500
    Fax: (504) 834-6565

BY:   */s/    Angie Arceneaux Akers*
    **JAY M. LONERO (No. 20642)**
       jlonero@lpwsl.com
    **ANGIE ARCENEAUX AKERS (No. 26786)**
       aakers@lpwsl.com
    **LARA J. JENSEN (No. 24131)**
       ljensen@lpwsl.com

    **ATTORNEYS FOR REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of September 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.



                                             */s/     Angie Arceneaux Akers*